B6D (Official Form 6D) (12/07)

In re **Kristal R Rivers**, Debtor — Case No. **10-55013**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1221<br><br>**Bank Of America**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | | - | **Opened 3/20/09 Last Active 10/12/10**<br><br>**Purchase Money Security**<br><br>**2008 Infinity EX**<br>**Mileage = 22,000**<br><br>Value $ 24,850.00 | | | | 22,967.00 | 0.00 |
| Account No. xxxxxx2147<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | - | **Opened 7/11/07 Last Active 10/22/10**<br>**First Mortgage**<br>**8546 S. Normal**<br>**Chicago, IL 60620**<br>**Single Family Residence-Primary**<br>**Purchase Price: 288,000.00**<br>**Purchase Date: February 16, 2006**<br><br>Value $ 200,000.00 | | | | 251,331.00 | 51,331.00 |
| Account No. xxxxxx9262<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | - | **Opened 12/19/06 Last Active 9/01/10**<br>**First Mortgage**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br><br>Value $ 244,000.00 | | | | 238,133.00 | 0.00 |
| Account No. xxxxxxxxxx1066<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197-4488** | | - | **Title Lien**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br><br>Value $ 244,000.00 | | | | 8,760.00 | 3,313.90 |
| | | | | | | Subtotal (Total of this page) | 521,191.00 | 54,644.90 |

**1** continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor        Case No. **10-55013**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx0803**<br>**Park Millennium Condominium Assoc**<br>**222 N Columbus**<br>**Chicago, IL 60601** | | - | **August 20, 2010**<br>**Title Lien**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br>Value $ **244,000.00** | | | | **420.90** | **0.00** |
| Account No.<br><br>Value $ | | | | | | | | |
| Account No.<br><br>Value $ | | | | | | | | |
| Account No.<br><br>Value $ | | | | | | | | |
| Account No.<br><br>Value $ | | | | | | | | |
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **420.90** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **521,611.90** | **54,644.90** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kristal R Rivers**, Debtor Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx: 9228**<br>**AirTran**<br>**PO BIX 13337**<br>**Philadelphia, PA 19101-3337** | | - | **October 01, 2010**<br>**Credit Line** | | | | **7,678.35** |
| Account No. **xxxx-xxxxxx-x3009**<br>**American Express**<br>**PO Box 53773**<br>**Phoenix, AZ 85072** | | - | **November, 2010**<br>**Credit Card** | | | | **10.00** |
| Account No. **xx3009**<br>**American Express**<br>**BOX 0001**<br>**Los Angeles, CA 90096-8000** | | - | **November 07, 2010**<br>**Credit Card** | | | | **2,948.88** |
| Account No. **xxxxxxxx0007**<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | **June 20, 2010**<br>**Services Rendered** | | | | **257.91** |
| | | | | | | Subtotal (Total of this page) | **10,895.14** |

**6** continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor — Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9228**<br>**Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801** | | - | **Opened 2/06/10 Last Active 11/01/10<br>Credit Line** | | | | **10,171.00** |
| Account No. **xxxxxxxxxxxx7867**<br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | - | **Opened 4/23/04 Last Active 10/11/10<br>Credit Card** | | | | **11,315.00** |
| Account No. **xxxx-xxxx-xxxx-3231**<br>**Chase<br>Attention: Banktruptcy Department<br>Po Box 15298<br>Wilmintgon, DE 19850** | | - | **November, 2010<br>Credit Card** | | | | **8,228.42** |
| Account No. **N/A**<br>**Chicago Copiers<br>4518 W Lawrence Ave<br>Chicago, IL 60630** | | - | **March 20, 2009<br>Services Rendered** | | | | **875.00** |
| Account No. **xxxxxx4826**<br>**Chicago Title Land Trust Company<br>171 N. Clark Street, Suite 575<br>Chicago, IL 60601** | | - | **September 30, 2010<br>Services Rendered** | | | | **99.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **30,688.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor

Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5122**<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | **January 1, 2011**<br>**Services Rendered** | | | | **353.44** |
| Account No. **xxxxx6522**<br>**Commonwealth Edison**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | | - | **Utility Service** | | | | **353.00** |
| Account No. **xxxxx4125**<br>**Dex One**<br>**PO BOX 660835**<br>**Dallas, TX 75266-0835** | | - | **October 25, 2010**<br>**Services Rendered** | | | | **4,176.83** |
| Account No. **xxxxx9884**<br>**FedEx**<br>**Attn: Bankruptcy Department**<br>**3965 Airways Blvd**<br>**Memphis, TN 38116** | | - | **August 04, 2010**<br>**Services Rendered** | | | | **14.82** |
| Account No. **xxxxxxxxxxxx3172**<br>**HSBC Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297-1602** | | - | **October 20, 2010**<br>**Credit Card** | | | | **636.99** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,535.08**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Case No. **10-55013**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3172**<br>**Hsbc/Rs**<br>**90 Christiana Rd**<br>**New Castle, DE 19720** | | - | **Opened 5/25/08 Last Active 10/06/10**<br>**ChargeAccount** | | | | **581.00** |
| Account No. **xxxxxx5956**<br>**Ice Mountain**<br>**856680**<br>**Louisville, KY 40285-6680** | | - | **November 4, 2010**<br>**Services Rendered** | | | | **76.63** |
| Account No. **xxxxx9726**<br>**Its Your Serve**<br>**134 N Lasalle Street #750**<br>**Chicago, IL 60602** | | - | **July 1, 2010**<br>**Services Rendered** | | | | **180.00** |
| Account No. **xx1918**<br>**Liquidebt Systems**<br>**29 W. 170 Butterfield Rd., Suite 10** | | - | **Collection Account** | | | | **6,687.04** |
| Account No. **xxxxxxxx1330**<br>**Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | | - | **October 11, 2010**<br>**Credit Card** | | | | **1,204.45** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,729.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor

Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx3320<br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | Opened 9/12/07 Last Active 10/01/10<br>ChargeAccount | | | | 1,166.00 |
| Account No.<br>**MQC Collection Services**<br>**P.O. Box 140700**<br>**Toledo, OH 43614** | | - | Collection Account | | | | 145.00 |
| Account No. xxxxxx2202<br>**Newport News**<br>**5100 City Line Rd**<br>**Hampton, VA 23630-5100** | | - | November 11, 2010<br>Services Rendered | | | | 126.94 |
| Account No.<br>**Northwestern Medical Faculty Founda**<br>**38693 Eagle Way**<br>**Chicago, IL 60678-1386** | | - | Medical Services | | | | 237.90 |
| Account No. xxxxxxxxx8554<br>**Peoples Gas**<br>**Chicago, IL 60687-0001** | | - | Utility Service | | | | 200.00 |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,875.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2269**<br>**Rush University Medical Group**<br>**75 Remittance Drive Dept 6379**<br>**Chicago, IL 60675-6379** | | - | **April 12, 2010**<br>**Medical Services** | | | | **190.00** |
| Account No. **xx4036**<br>**SBC Yellow Pages**<br>**R.H. Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180-7008** | | - | **November 2010**<br>**Services Rendered** | | | | **10.00** |
| Account No. **xxxxxxxxxxxx3078**<br>**Sears/Cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | - | **Opened 8/04/07 Last Active 10/14/10**<br>**ChargeAccount** | | | | **4,309.00** |
| Account No.<br>**Sharon Zogas**<br>**10020 S. Western**<br>**Chicago, IL 60643** | | - | **Credit Line** | | | | **200,000.00** |
| Account No. **xxxxx xx.: xx-4036**<br>**Suburban Bank & Trust**<br>**9901 S Western Ave**<br>**Chicago, IL 60643** | | - | **October 22, 2010**<br>**Services Rendered** | | | | **60.00** |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **204,569.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor    Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**University Pathologists, P.C.**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH 43614** | | - | **Medical Services** | | | | **145.00** |
| Account No. **xxxxxx0373**<br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | - | **Opened 8/08/05 Last Active 10/01/10**<br>**Educational** | | | | **36,541.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **36,686.00** |
| Total (Report on Summary of Schedules) | **298,978.60** |