B6D (Official Form 6D) (12/07)

In re **Kristal R Rivers**, Debtor — Case No. **10-55013**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1221<br>**Bank Of America**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | | - | **Opened 3/20/09 Last Active 10/12/10**<br>**Purchase Money Security**<br>**2008 Infinity EX**<br>**Mileage = 22,000**<br>Value $ **24,850.00** | | | | **22,967.00** | **0.00** |
| Account No. xxxxxx2147<br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | - | **Opened 7/11/07 Last Active 10/22/10**<br>**First Mortgage**<br>**8546 S. Normal**<br>**Chicago, IL 60620**<br>**Single Family Residence-Primary**<br>**Purchase Price: 288,000.00**<br>**Purchase Date: February 16, 2006**<br>Value $ **200,000.00** | | | | **251,331.00** | **51,331.00** |
| Account No. xxxxxx9262<br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | - | **Opened 12/19/06 Last Active 9/01/10**<br>**First Mortgage**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br>Value $ **244,000.00** | | | | **238,133.00** | **0.00** |
| Account No. xxxxxxxxxx1066<br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197-4488** | | - | **Title Lien**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br>Value $ **244,000.00** | | | | **8,760.00** | **3,313.90** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | **521,191.00** | **54,644.90** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor

Case No. **10-55013**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx0803**<br>**Park Millennium Condominium Assoc**<br>**222 N Columbus**<br>**Chicago, IL 60601** | | - | **August 20, 2010**<br>**Title Lien**<br>**222 N. Columbus Drive**<br>**Unit 803**<br>**Chicago, IL 60606**<br>**Investment Property**<br>**Purchase Price: 244,000.00**<br>**Purchase Date: February 2007**<br>Value $ **244,000.00** | | | | **420.90** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **420.90** | **0.00** |
| Total (Report on Summary of Schedules) | **521,611.90** | **54,644.90** |

B6E (Official Form 6E) (4/10)

.

In re **Kristal R Rivers**, Case No. **10-55013**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kristal R Rivers**, Debtor

Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx: 9228**<br>**AirTran**<br>**PO BIX 13337**<br>**Philadelphia, PA 19101-3337** | | - | **October 01, 2010**<br>**Credit Line** | | | | **7,678.35** |
| Account No. **xxxx-xxxxxx-x3009**<br>**American Express**<br>**PO Box 53773**<br>**Phoenix, AZ 85072** | | - | **November, 2010**<br>**Credit Card** | | | | **10.00** |
| Account No. **xx3009**<br>**American Express**<br>**BOX 0001**<br>**Los Angeles, CA 90096-8000** | | - | **November 07, 2010**<br>**Credit Card** | | | | **2,948.88** |
| Account No. **xxxxxxxx0007**<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | **June 20, 2010**<br>**Services Rendered** | | | | **257.91** |

**6** continuation sheets attached

Subtotal (Total of this page) **10,895.14**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor

Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9228<br><br>**Barclays Bank Delaware**<br>**125 S West St**<br>**Wilmington, DE 19801** | | - | **Opened 2/06/10 Last Active 11/01/10**<br>**Credit Line** | | | | **10,171.00** |
| Account No. xxxxxxxxxxxx7867<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 4/23/04 Last Active 10/11/10**<br>**Credit Card** | | | | **11,315.00** |
| Account No. xxxx-xxxx-xxxx-3231<br><br>**Chase**<br>**Attention: Banktruptcy Department**<br>**Po Box 15298**<br>**Wilmintgon, DE 19850** | | - | **November, 2010**<br>**Credit Card** | | | | **8,228.42** |
| Account No. N/A<br><br>**Chicago Copiers**<br>**4518 W Lawrence Ave**<br>**Chicago, IL 60630** | | - | **March 20, 2009**<br>**Services Rendered** | | | | **875.00** |
| Account No. xxxxxx4826<br><br>**Chicago Title Land Trust Company**<br>**171 N. Clark Street, Suite 575**<br>**Chicago, IL 60601** | | - | **September 30, 2010**<br>**Services Rendered** | | | | **99.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,688.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5122**<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | **January 1, 2011**<br>**Services Rendered** | | | | **353.44** |
| Account No. **xxxxx6522**<br>**Commonwealth Edison**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | | - | **Utility Service** | | | | **353.00** |
| Account No.<br>**Darvin Furniture**<br>**Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD 21298-1602** | | - | **Credit Line** | | | | **Unknown** |
| Account No. **xxxxx4125**<br>**Dex One**<br>**PO BOX 660835**<br>**Dallas, TX 75266-0835** | | - | **October 25, 2010**<br>**Services Rendered** | | | | **4,176.83** |
| Account No. **xxxxx9884**<br>**FedEx**<br>**Attn: Bankruptcy Department**<br>**3965 Airways Blvd**<br>**Memphis, TN 38116** | | - | **August 04, 2010**<br>**Services Rendered** | | | | **14.82** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,898.09**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor — Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3172<br>**HSBC Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297-1602** | | - | **October 20, 2010**<br>**Credit Card** | | | | **636.99** |
| Account No. xxxxxxxxxxx3172<br>**Hsbc/Rs**<br>**90 Christiana Rd**<br>**New Castle, DE 19720** | | - | **Opened 5/25/08 Last Active 10/06/10**<br>**ChargeAccount** | | | | **581.00** |
| Account No. xxxxxx5956<br>**Ice Mountain**<br>**856680**<br>**Louisville, KY 40285-6680** | | - | **November 4, 2010**<br>**Services Rendered** | | | | **76.63** |
| Account No. xxxxx9726<br>**Its Your Serve**<br>**134 N Lasalle Street #750**<br>**Chicago, IL 60602** | | - | **July 1, 2010**<br>**Services Rendered** | | | | **180.00** |
| Account No. xx1918<br>**Liquidebt Systems**<br>**29 W. 170 Butterfield Rd., Suite 10** | | - | **Collection Account** | | | | **6,687.04** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,161.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor    Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1330<br>Macy's<br>P.O. Box 689195<br>Des Moines, IA 50368-9195 | | - | October 11, 2010<br>Credit Card | | | | 1,204.45 |
| Account No. xxxxxxxxx3320<br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | - | Opened 9/12/07 Last Active 10/01/10<br>ChargeAccount | | | | 1,166.00 |
| Account No.<br>MQC Collection Services<br>P.O. Box 140700<br>Toledo, OH 43614 | | - | Collection Account | | | | 145.00 |
| Account No.<br>Nationwide Credit & Collection, Inc<br>815 Commerce Drive<br>Suite 100<br>Oak Brook, IL 60523 | | - | Collection Account | | | | Unknown |
| Account No. xxxxxx2202<br>Newport News<br>5100 City Line Rd<br>Hampton, VA 23630-5100 | | - | November 11, 2010<br>Services Rendered | | | | 126.94 |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 2,642.39

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kristal R Rivers**, Debtor Case No. **10-55013**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Northwestern Medical Faculty Founda**<br>**38693 Eagle Way**<br>**Chicago, IL 60678-1386** | | - | **Medical Services** | | | | **237.90** |
| Account No. **xxxxxxxxx8554**<br>**Peoples Gas**<br>**Chicago, IL 60687-0001** | | - | **Utility Service** | | | | **200.00** |
| Account No. **xxxx2269**<br>**Rush University Medical Group**<br>**75 Remittance Drive Dept 6379**<br>**Chicago, IL 60675-6379** | | - | **April 12, 2010**<br>**Medical Services** | | | | **190.00** |
| Account No. **xx4036**<br>**SBC Yellow Pages**<br>**R.H. Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180-7008** | | - | **November 2010**<br>**Services Rendered** | | | | **10.00** |
| Account No. **xxxxxxxxxxxx3078**<br>**Sears/Cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | - | **Opened 8/04/07 Last Active 10/14/10**<br>**ChargeAccount** | | | | **4,309.00** |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,946.90**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Kristal R Rivers, Debtor    Case No. 10-55013

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Sharon A. Zogas Limited/ & Assoc.<br>Rivers & Zogas<br>10020 South Western<br>Chicago, IL 60643 | | - | Credit Line | | | | 20,000.00 |
| Account No.<br>Sharon Zogas<br>10020 S. Western<br>Chicago, IL 60643 | | - | Credit Line | | | | 200,000.00 |
| Account No. xxxxx xx.: xx-4036<br>Suburban Bank & Trust<br>9901 S Western Ave<br>Chicago, IL 60643 | | - | October 22, 2010<br>Services Rendered | | | | 60.00 |
| Account No.<br>University Pathologists, P.C.<br>5620 Southwyck Blvd.<br>Toledo, OH 43614 | | - | Medical Services | | | | 145.00 |
| Account No. xxxxxx0373<br>Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403 | | - | Opened 8/08/05 Last Active 10/01/10<br>Educational | | | | 36,541.00 |

Sheet no. 6 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 256,746.00

Total (Report on Summary of Schedules): 318,978.60

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy