B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 10−55013**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kristal R Rivers
8546 S. Normal
Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
xxx−xx−5037

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 6, 2011

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Kristal R Rivers
Debtor

Case No. 10-55013-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: vwalker Page 1 of 2 Date Rcvd: Apr 06, 2011
Form ID: b18 Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2011.

db +Kristal R Rivers, 8546 S. Normal, Chicago, IL 60620-2151
aty +Deadra F Woods Stokes, Deadra Woods Stokes & Associates, PC, 4747 W. Lincoln Mall Drive, Suite 410, Matteson, IL 60443-3821
16540626 +Chicago Copiers, 4518 W Lawrence Ave, Chicago, IL 60630-2517
16540627 +Chicago Title Land Trust Company, 171 N. Clark Street, Suite 575, Chicago, IL 60601-3368
16540628 +Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438
16980438 Cook County Treasurer, P O Box 4488, Carol Stream, IL 60197-4488
17079031 Darvin Furniture, Retail Services, P O Box 17602, Baltimore, MD 21298-1602
16540630 Dex One, PO BOX 660835, Dallas, TX 75266-0835
16540631 +FedEx, Attn: Bankruptcy Department, 3965 Airways Blvd, Memphis, TN 38116-5017
16540634 Ice Mountain, 856680, Louisville, KY 40285-6680
16540635 +Its Your Serve, 134 N Lasalle Street #750, Chicago, IL 60602-1194
16980443 +MQC Collection Services, P O Box 140700, Toledo, OH 43614-0700
17079032 +Nationwide Credit & Collection Inc, 815 Commerce Drive Ste 100, Oak Brook, IL 60523-8839
16540638 Newport News, 5100 City Line Rd, Hampton, VA 23630-5100
16980444 Northwestern Medical Faculty Founda, 38693 Eagle Way, Chicago, IL 60678-1386
16540639 +Park Millennium Condominium Assoc, 222 N Columbus, Chicago, IL 60601-7810
16980445 Peoples Gas, Chicago, IL 60687-0001
16540640 Rush University Medical Group, 75 Remittance Drive Dept 6379, Chicago, IL 60675-6379
16540641 SBC Yellow Pages, R.H. Donnelley, P.O. Box 807008, Kansas City, MO 64180-7008
16540643 +Sharon Zogas, 10020 S. Western, Chicago, IL 60643-1926
16540644 +Suburban Bank & Trust, 9901 S Western Ave, Chicago, IL 60643-1800
16980446 +University Pathologists PC, 5620 Southwyck Blvd, Toledo, OH 43614-1501
16540645 +Us Dept Of Education, Po Box 5609, Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QPDLEVEY.COM Apr 06 2011 22:43:00 Phillip D Levey, ESQ, 2722 North Racine Avenue, Chicago, IL 60614-1206
16540621 EDI: ATTWIREBK.COM Apr 06 2011 22:43:00 AT&T, P.O. Box 8100, Aurora, IL 60507-8100
16540618 EDI: TSYS2.COM Apr 06 2011 22:43:00 AirTran, PO BIX 13337, Philadelphia, PA 19101-3337
16540619 +EDI: AMEREXPR.COM Apr 06 2011 22:43:00 American Express, PO Box 53773, Phoenix, AZ 85072-3773
16540620 EDI: AMEREXPR.COM Apr 06 2011 22:43:00 American Express, BOX 0001, Los Angeles, CA 90096-8000
16540622 +EDI: BANKAMER2.COM Apr 06 2011 22:43:00 Bank Of America, 201 N Tryon St, Charlotte, NC 28202-2146
16540623 +EDI: TSYS2.COM Apr 06 2011 22:43:00 Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014
16540624 +EDI: CHASE.COM Apr 06 2011 22:43:00 Chase, Po Box 15298, Wilmington, DE 19850-5298
16540625 +EDI: CHASE.COM Apr 06 2011 22:43:00 Chase, Attention: Banktruptcy Department, Po Box 15298, Wilmintgon, DE 19850-5298
16980439 E-mail/Text: legalcollections@comed.com Apr 06 2011 22:51:29 ComEd, Bill Payment Center, Chicago, IL 60668-0001
16980440 +E-mail/Text: legalcollections@comed.com Apr 06 2011 22:51:29 Commonwealth Edison, P O Box 6111, Carol Stream, IL 60197-6111
16540632 EDI: HFC.COM Apr 06 2011 22:43:00 HSBC Retail Services, P.O. Box 17602, Baltimore, MD 21297-1602
16540633 +EDI: HFC.COM Apr 06 2011 22:43:00 Hsbc/Rs, 90 Christiana Rd, New Castle, DE 19720-3118
16540636 EDI: TSYS2.COM Apr 06 2011 22:43:00 Macy’s, P.O. Box 689195, Des Moines, IA 50368-9195
16540637 +EDI: TSYS2.COM Apr 06 2011 22:43:00 Mcydsnb, 9111 Duke Blvd, Mason, OH 45040-8999
16540642 +EDI: SEARS.COM Apr 06 2011 22:43:00 Sears/Cbsd, Po Box 6189, Sioux Falls, SD 57117-6189

TOTAL: 16

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

16980442 Liquidebt Systems, 29 W 170 Butterfield Road
16540629* +Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438
16980441* HSBC Retail Services, P O Box 17602, Baltimore, MD 21297-1602

TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1 User: vwalker Page 2 of 2 Date Rcvd: Apr 06, 2011
Form ID: b18 Total Noticed: 39

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2011** **Signature:** Joseph Speetjens